UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCHELLE Y. HAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. CAROLYN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. C13-2145-RAJ-BAT<br><br>**ORDER REVERSING THE COMMISSIONER AND REMANDING FOR ADDITIONAL PROCEEDINGS** |

The court has reviewed the Report and Recommendation (Dkt. # 20, "R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record.  Noting that no one objected to the R&R, the court ADOPTS it.  The court therefore reverses the final decision of the Commissioner and remands this action for further proceedings consistent with the Report and Recommendation.

The clerk shall enter judgment for Plaintiff under sentence four of 42 U.S.C. § 405(g) and shall ensure that Judge Tsuchida receives notice of this order.

DATED this 20th day of August, 2014.

_____
The Honorable Richard A. Jones
United States District Court Judge